**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SEGA CORPORATION and SEGA OF
AMERICA, INC.,

                    Plaintiffs,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                    Defendants.

Case No. 26-cv-06459

**Judge Manish S. Shah**

**Magistrate Judge Keri L. Holleb Hotaling**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, June 10, 2026, at 9:45 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Judge Manish S. Shah, in Courtroom 1919 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion for Leave to File Certain Documents Under Seal, Plaintiffs' *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Plaintiffs' *Ex Parte* Motion for Authorization to Provide Electronic Notice of any Forthcoming Motion for Entry of a Preliminary Injunction.

1

Dated this 5th day of June 2026.          Respectfully submitted,


/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*

2