**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>              Defendants. | Case No. 26-cv-06459<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**PLAINTIFFS' *EX PARTE* MOTION TO
<u>EXTEND THE TEMPORARY RESTRAINING ORDER</u>**

Plaintiffs Sega Corporation and Sega of America, Inc. ("Sega" or "Plaintiffs") seek to extend the Temporary Restraining Order that went into effect on June 12, 2026 [20], by a period of fourteen (14) days until July 10, 2026. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 22nd day of June 2026.          Respectfully submitted,

                                    /s/ Martin F. Trainor
                                    Martin F. Trainor
                                    Alexander Whang
                                    Victor B. Chahin
                                    TME Law, P.C.
                                    10 S. Riverside Plaza
                                    Suite 875
                                    Chicago, Illinois 60606
                                    708.475.1127
                                    martin@tme-law.com
                                    alexander@tme-law.com
                                    victor@tme-law.com

                                    *Counsel for Plaintiffs Sega Corporation and Sega
                                    of America, Inc.*

1