**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., | |
| Plaintiffs, | Case No. 26-cv-06459 |
| v. | **Judge Manish S. Shah** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | **Magistrate Judge Keri L. Holleb Hotaling** |
| Defendants. | |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE** that on Thursday, June 25, at 9:45 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Manish S. Shah in Courtroom 1919 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' *Ex Parte* Motion to Extend the Temporary Restraining Order.

1

Dated this 22nd day of June 2026.　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Martin F. Trainor
　　　　　　　　　　　　　　　　　　　Martin F. Trainor
　　　　　　　　　　　　　　　　　　　Alexander Whang
　　　　　　　　　　　　　　　　　　　Victor B. Chahin
　　　　　　　　　　　　　　　　　　　TME Law, P.C.
　　　　　　　　　　　　　　　　　　　10 S. Riverside Plaza
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　708.475.1127
　　　　　　　　　　　　　　　　　　　martin@tme-law.com
　　　　　　　　　　　　　　　　　　　alexander@tme-law.com
　　　　　　　　　　　　　　　　　　　victor@tme-law.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*

2