**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SEGA CORPORATION and SEGA OF
AMERICA, INC.,

                 Plaintiffs,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                 Defendants.

Case No. 26-cv-06459

**Judge Manish S. Shah**

**Magistrate Judge Keri L. Holleb Hotaling**

**AGREED MOTION FOR ENTRY OF A
CONSENT JUDGMENT AS TO CERTAIN DEFENDANT**

Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiffs" or "Sega") filed a Complaint against Defendant DIGI2CART (Defendant No. 60) ("Defendant") on June 1, 2026. Sega and Defendant have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. As such, Sega moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment will be submitted to Proposed_Order_Shah@ilnd.uscourts.gov.

1

2

Dated this 2nd day of July 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and
Sega of America, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2nd day of July 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and
Sega of America, Inc.*

3