**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SEGA CORPORATION and SEGA OF
AMERICA, INC.,

                    Plaintiffs,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                  Defendants.

Case No. 26-cv-06459

**Judge Manish S. Shah**

**Magistrate Judge Keri L. Holleb
Hotaling**

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on Thursday, July 9, 2026, at 9:45 a.m., Plaintiffs, by their

counsel, shall appear before the Honorable Judge Manish S. Shah, in Courtroom 1919 at the U.S.

District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois,

and present Plaintiffs' Motion for Entry of a Preliminary Injunction and the Agreed Motion for

Entry of a Consent Judgment as to Certain Defendant.

1

Dated this 6th day of July 2026.                    Respectfully submitted,


/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega
of America, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A to Plaintiffs' Motion for Entry of a Preliminary Injunction that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Sega Corporation and Sega of America, Inc.*

3