**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC., <br><br>                 Plaintiffs, <br><br>     v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br>                 Defendants. | Case No. 26-cv-06459 <br><br> **Judge Manish S. Shah** |

## CONSENT JUDGEMENT ORDER

This action was commenced by Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiffs" or "Sega") against Defendant DIGI2CART (Defendant No. 60). Sega and Defendant have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendant since Defendant directly target its business activities toward consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by setting up and operating e-commerce stores that targets United States consumers, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars, and has sold products bearing unauthorized copies of Sega's federally registered copyrighted works (the "Sega Copyrighted Works") (referred to herein as "Unauthorized Products") to Illinois residents.

The Sega Copyrighted Works are included in the table below.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| PA0002344266 | Sonic the Hedgehog 2 | April 8, 2022 |
| PRE000011798 | Sonic the Hedgehog 2 | April 9, 2021 |
| PA0002228951 | Sonic the Hedgehog | February 18, 2020 |
| PRE000010948 | Sonic the Hedgehog | July 22, 2019 |

| TX0008029049 | Sonic Boom. | January 22, 2015 |
|---|---|---|
| TX0007606111 | Sonic & Knuckles "Mecha Madness Special" | October 8, 2012 |
| TX0007609228 | Sonic & Knuckles | October 8, 2012 |
| TX0007609248 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609603 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609483 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609242 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609194 | Sonic Blast | October 8, 2012 |
| TX0007609230 | Sonic Live | October 8, 2012 |
| TX0007609187 | Sonic the Hedgehog "In Your Face". [Published: 1997-01-15. Issue: no. 1, 01/15/1997] | October 8, 2012 |
| TX0007609198 | Sonic Triple Trouble. [Published: 1995-06-28. Issue: no. 1, 06/28/1995] | October 8, 2012 |
| TX0007609235 | Sonic vs. Knuckles. [Published: 1995-04-17. Issue: no. 1, 04/17/1995] | October 8, 2012 |
| TX0007606123 | Sonic Quest: Death Egg Saga. [Published: 1996-08-26. Issue: no. 1, Dec 1996] | September 25, 2012 |
| TX0007606128 | Sonic Quest: Death Egg Saga. [Published: 1996-09-15. Issue: no. 2, Jan 1997] | September 25, 2012 |
| TX0007606137 | Sonic Quest: Death Egg Saga. [Published: 1996-11-16. Issue: no. 3, Feb 1997] | September 25, 2012 |
| TX0007617975 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-08-17. Issue: no. 1, Dec 1995] | September 25, 2012 |
| TX0007617973 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-09-26. Issue: no. 2, Jan 1996] | September 25, 2012 |
| TX0007617970 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-10-31. Issue: no. 3, Feb 1996] | September 25, 2012 |
| TX0007609679 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-04-12. Issue: no. 1, April, 1995] | September 25, 2012 |
| TX0007609635 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-05-23. Issue: no. 2, May 1995] | September 25, 2012 |
| TX0007609608 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-06-25. Issue: no. 3, June 1995] | September 25, 2012 |
| TX0007604909 | SONIC X. [Published: 2008-03-10. Issue: no. 30, 03/10/2008] | September 24, 2012 |
| TX0007604907 | SONIC X. [Published: 2008-03-26. Issue: no. 31, 03/26/2008] | September 24, 2012 |
| TX0007604905 | SONIC X. [Published: 2008-04-23. Issue: no. 32, 04/23/2008] | September 24, 2012 |
| TX0007604904 | SONIC X. [Published: 2008-05-28. Issue: no. 33, 05/28/2008] | September 24, 2012 |
| TX0007604903 | SONIC X. [Published: 2008-06-25. Issue: no. 34, 06/25/2008] | September 24, 2012 |

2

| TX0007604877 | SONIC X. [Published: 2008-07-23. Issue: no. 35, 07/23/2008] | September 24, 2012 |
|---|---|---|
| TX0007604398 | SONIC X. [Published: 2008-08-27. Issue: no. 36, 08/27/2008] | September 24, 2012 |
| TX0007604138 | SONIC X. [Published: 2008-09-24. Issue: no. 37, 09/24/2008] | September 24, 2012 |
| TX0007604076 | SONIC X. [Published: 2008-10-22. Issue: no. 38, 10/22/2008] | September 24, 2012 |
| TX0007603702 | SONIC X. [Published: 2008-11-26. Issue: no. 39, 11/26/2008] | September 24, 2012 |
| TX0007602871 | SONIC X. [Published: 2008-12-24. Issue: no. 40, 12/24/08] | September 24, 2012 |
| TX0007604911 | SONIC X. [Published: 2005-09-07. Issue: no. 1, Nov 2005] | September 19, 2012 |
| TX0007604912 | SONIC X. [Published: 2007-02-09. Issue: no. 16, Mar 2007] | September 19, 2012 |
| TX0007605207 | SONIC X. [Published: 2007-03-16. Issue: no. 17, April 2007] | September 19, 2012 |
| TX0007605212 | SONIC X. [Published: 2007-04-13. Issue: no. 18, May 2007] | September 19, 2012 |
| TX0007605218 | SONIC X. [Published: 2007-05-03. Issue: no. 19, June 2007] | September 19, 2012 |
| TX0007617976 | SONIC X. [Published: 2007-05-31. Issue: no. 20, July 2007] | September 19, 2012 |
| TX0007605216 | SONIC X. [Published: 2007-07-02. Issue: no. 21, Aug 2007] | September 19, 2012 |
| TX0007605214 | SONIC X. [Published: 2007-07-30. Issue: no. 22, Sept 2007] | September 19, 2012 |
| TX0007605119 | SONIC X. [Published: 2007-08-27. Issue: no. 23, Oct 2007] | September 19, 2012 |
| TX0007605116 | SONIC X. [Published: 2007-09-24. Issue: no. 24, Nov 2007] | September 19, 2012 |
| TX0007604938 | SONIC X. [Published: 2007-10-22. Issue: no. 25, Dec 2007] | September 19, 2012 |
| TX0007604930 | SONIC X. [Published: 2007-11-07. Issue: no. 26, Jan 2008] | September 19, 2012 |
| TX0007604928 | SONIC X. [Published: 2007-12-17. Issue: no. 27, Feb 2008] | September 19, 2012 |
| TX0007604925 | SONIC X. [Published: 2008-01-14. Issue: no. 28, Mar 2008] | September 19, 2012 |
| TX0007604921 | SONIC X. [Published: 2008-02-11. Issue: no. 29, Mar 2008] | September 19, 2012 |
| TX0007617978 | SONIC X. [Published: 2005-10-05. Issue: no. 2, Dec 2005] | September 17, 2012 |

| | | |
|---|---|---|
| TX0007605205 | SONIC X. [Published: 2005-11-02. Issue: no. 3, Jan 2006] | September 17, 2012 |
| TX0007605203 | SONIC X. [Published: 2005-11-30. Issue: no. 4, Feb 2006] | September 17, 2012 |
| TX0007605201 | SONIC X. [Published: 2006-01-25. Issue: no. 5, April 2006] | September 17, 2012 |
| TX0007605184 | SONIC X. [Published: 2006-02-22. Issue: no. 6, May 2006] | September 17, 2012 |
| TX0007605180 | SONIC X. [Published: 2006-03-22. Issue: no. 7, June 2006] | September 17, 2012 |
| TX0007605172 | SONIC X. [Published: 2006-04-19. Issue: no. 8, July 2006] | September 17, 2012 |
| TX0007605168 | SONIC X. [Published: 2006-06-28. Issue: no. 10, Aug 2006] | September 17, 2012 |
| TX0007604931 | SONIC X. [Published: 2006-06-28. Issue: no. 9, July 2006] | September 17, 2012 |
| TX0007604940 | SONIC X. [Published: 2006-07-22. Issue: no. 12, Nov 2006] | September 17, 2012 |
| TX0007605164 | SONIC X. [Published: 2006-07-26. Issue: no. 11, Sept 2006] | September 17, 2012 |
| TX0007605175 | SONIC X. [Published: 2006-10-25. Issue: no. 13, Dec 2006] | September 17, 2012 |
| TX0007604935 | SONIC X. [Published: 2006-11-01. Issue: no. 14, Jan 2006] | September 17, 2012 |
| TX0007604933 | SONIC X. [Published: 2006-12-13. Issue: no. 15, Feb 2007] | September 17, 2012 |
| TX0007563319 | SONIC SUPER SPECIAL. [Published: 1997-04-29. Issue: no. 1, 4/29/1997] | July 13, 2012 |
| TX0007563317 | SONIC SUPER SPECIAL. [Published: 1997-08-19. Issue: no. 2, 8/19/1997] | July 13, 2012 |
| TX0007563313 | SONIC SUPER SPECIAL. [Published: 1997-10-21. Issue: no. 3, 10/21/1997] | July 13, 2012 |
| TX0007563302 | SONIC SUPER SPECIAL. [Published: 1997-12-30. Issue: no. 4, 1998] | July 13, 2012 |
| TX0007563180 | SONIC SUPER SPECIAL. [Published: 1998-03-17. Issue: no. 5, 3/17/1998] | July 13, 2012 |
| TX0007563178 | SONIC SUPER SPECIAL. [Published: 1998-06-16. Issue: no. 6, 6/16/1998] | July 13, 2012 |
| TX0007563175 | SONIC SUPER SPECIAL. [Published: 1998-09-29. Issue: no. 7, 9/29/1998] | July 13, 2012 |
| TX0007562833 | SONIC SUPER SPECIAL. [Published: 1999-03-16. Issue: no. 9, 3-16-99] | July 13, 2012 |
| TX0007562829 | SONIC SUPER SPECIAL. [Published: 1999-06-15. Issue: no. 10, 6/15/1999] | July 13, 2012 |

4

| | | |
|---|---|---|
| TX0007562822 | SONIC SUPER SPECIAL. [Published: 1999-09-21. Issue: no. 11, 9/21/1999] | July 13, 2012 |
| TX0007562838 | SONIC SUPER SPECIAL. [Published: 1999-12-29. Issue: no. 8, 12/29/1999] | July 13, 2012 |
| TX0007562818 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 12, 1/4/00] | July 13, 2012 |
| TX0007562815 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 13, 01/04/2000] | July 13, 2012 |
| TX0007562811 | SONIC SUPER SPECIAL. [Published: 2000-06-01. Issue: no. 14, 06/01/2000] | July 13, 2012 |
| TX0007562780 | SONIC SUPER SPECIAL. [Published: 2000-11-01. Issue: no. 15, Feb 2001] | July 13, 2012 |
| PAu003353780 | Sonic Unleashed Video Excerpts and Screenshots. | August 20, 2008 |
| PA0000783698 | The adventures of Sonic the Hedgehog : no. 238-101. | February 8, 1996 |
| PA0000783697 | The adventures of Sonic the Hedgehog : no. 238-102. | February 8, 1996 |
| PA0000783696 | The adventures of Sonic the Hedgehog : no. 238-103 | February 8, 1996 |
| PA0000783767 | The adventures of Sonic the Hedgehog : no. 238-104, Sloww going. | February 8, 1996 |
| PA0000783769 | The adventures of Sonic the Hedgehog : no. 238-105, High stakes Sonic. | February 8, 1996 |
| PA0000783766 | The adventures of Sonic the Hedgehog : no. 238-106, Sonic breakout. | February 8, 1996 |
| PA0000783765 | The adventures of Sonic the Hedgehog : no. 238-107, Trail of the missing... | February 8, 1996 |
| PA0000783740 | The adventures of Sonic the Hedgehog : no. 238-108. | February 8, 1996 |
| PA0000783739 | The adventures of Sonic the Hedgehog : no. 238-109. | February 8, 1996 |
| PA0000783760 | The adventures of Sonic the Hedgehog : no. 238-110, King Coconuts. | February 8, 1996 |
| PA0000791347 | The adventures of Sonic the Hedgehog : no. 238-111. | February 8, 1996 |
| PA0000791349 | The adventures of Sonic the Hedgehog : no. 238-112. | February 8, 1996 |
| PA0000791345 | The adventures of Sonic the Hedgehog : no. 238-113. | February 8, 1996 |
| PA0000791344 | The adventures of Sonic the Hedgehog : no. 238-114. | February 8, 1996 |
| PA0000791340 | The adventures of Sonic the Hedgehog : no. 238-115. | February 8, 1996 |
| PA0000791339 | The adventures of Sonic the Hedgehog : no. 238-116. | February 8, 1996 |
| PA0000791341 | The adventures of Sonic the Hedgehog : no. 238-117. | February 8, 1996 |
| PA0000791342 | The adventures of Sonic the Hedgehog : no. 238-118. | February 8, 1996 |
| PA0000777971 | The adventures of Sonic, the hedgehog : no. 238-137. | February 8, 1996 |
| PA0000777973 | The adventures of Sonic, the hedgehog : no. 238-138. | February 8, 1996 |
| PA0000777970 | The adventures of Sonic, the hedgehog : no. 238-139. | February 8, 1996 |
| PA0000778054 | The adventures of Sonic the Hedgehog : no. 238-140. | February 8, 1996 |
| PA0000778058 | The adventures of Sonic the Hedgehog : no. 238-141. | February 8, 1996 |
| PA0000778060 | The adventures of Sonic the Hedgehog : no. 238-142. | February 8, 1996 |

| | | |
|---|---|---|
| PA0000778056 | The adventures of Sonic the Hedgehog : no. 238-143. | February 8, 1996 |
| PA0000777968 | The adventures of Sonic, the hedgehog : no. 238-144. | February 8, 1996 |
| PA0000777967 | The adventures of Sonic, the hedgehog : no. 238-145. | February 8, 1996 |
| PA0000778055 | The adventures of Sonic the Hedgehog : no. 238-146. | February 8, 1996 |
| PA0000778061 | The adventures of Sonic the Hedgehog : no. 238-147. | February 8, 1996 |
| PA0000777966 | The adventures of Sonic, the hedgehog : no. 238-148. | February 8, 1996 |
| PA0000777965 | The adventures of Sonic, the hedgehog : no. 238-149. | February 8, 1996 |
| PA0000778053 | The adventures of Sonic the Hedgehog : no. 238-150. | February 8, 1996 |
| PA0000777972 | The adventures of Sonic, the hedgehog : no. 238-151. | February 8, 1996 |
| PA0000778062 | The adventures of Sonic the Hedgehog : no. 238-152. | February 8, 1996 |
| PA0000778059 | The adventures of Sonic the Hedgehog : no. 238-153. | February 8, 1996 |
| PA0000778057 | The adventures of Sonic the Hedgehog : no. 238-154. | February 8, 1996 |
| PA0000783699 | The adventures of Sonic the Hedgehog : no. 238-155. | February 8, 1996 |
| PA0000783700 | The adventures of Sonic the Hedgehog : no. 238-156. | February 8, 1996 |
| PA0000783706 | The adventures of Sonic the Hedgehog : no. 238-157. | February 8, 1996 |
| PA0000783702 | The adventures of Sonic the Hedgehog : no. 238-158. | February 8, 1996 |
| PA0000783701 | The adventures of Sonic the Hedgehog : no. 238-159. | February 8, 1996 |
| PA0000783705 | The adventures of Sonic the Hedgehog : no. 238-160. | February 8, 1996 |
| PA0000783761 | The adventures of Sonic the Hedgehog : no. 238-161, 48 hour sonic : a.k.a. Fat & easy. | February 8, 1996 |
| PA0000783764 | The adventures of Sonic the Hedgehog : no. 238-162, Lifestyles of the sick and twisted. | February 8, 1996 |
| PA0000783763 | The adventures of Sonic the Hedgehog : no. 238-163, Sonic is running. | February 8, 1996 |
| PA0000783762 | The adventures of Sonic the Hedgehog : no. 238-164, Roboninjas. | February 8, 1996 |
| PA0000791361 | The adventures of Sonic, the hedgehog : no. 238-165. | February 8, 1996 |
| PA0000791242 | The adventures of Sonic the Hedgehog : no. 238-119, Mystery of the missing... | February 7, 1996 |
| PA0000791233 | The adventures of Sonic the Hedgehog : no. 238-120, Goodbye sucker. | February 7, 1996 |
| PA0000791232 | The adventures of Sonic the Hedgehog : no. 238-121, Sonic getstrashed. | February 7, 1996 |
| PA0000791231 | The adventures of Sonic the Hedgehog : no. 238-122, Pseudo Sonic. | February 7, 1996 |
| PA0000777969 | The adventures of Sonic, the hedgehog : no. 238-123. | February 7, 1996 |
| PA0000791230 | The adventures of Sonic the Hedgehog : no. 238-124, Tails in charge. | February 7, 1996 |
| PA0000791229 | The adventures of Sonic the Hedgehog : no. 238-125, Sno problem. | February 7, 1996 |
| PA0000777963 | The adventures of Sonic, the hedgehog : no. 238-126. | February 7, 1996 |

6

| | | |
|---|---|---|
| PA0000791228 | The adventures of Sonic the Hedgehog : no. 238-127, Dream on. | February 7, 1996 |
| PA0000791234 | The adventures of Sonic the Hedgehog : no. 238-128, Musta ... beautiful baby. | February 7, 1996 |
| PA0000772425 | The adventures of Sonic, the hedgehog : no. 238-129. | February 7, 1996 |
| PA0000791243 | The adventures of Sonic the Hedgehog : no. 238-130, Full tilt tails. | February 7, 1996 |
| PA0000791244 | The adventures of Sonic the Hedgehog : no. 238-131, MacHopper. | February 7, 1996 |
| PA0000772426 | The adventures of Sonic the Hedgehog : no. 238-132. | February 7, 1996 |
| PA0000777964 | The adventures of Sonic, the hedgehog : no. 238-133. | February 7, 1996 |
| PA0000772423 | The adventures of Sonic, the hedgehog : no. 238-134. | February 7, 1996 |
| PA0000772427 | The adventures of Sonic the Hedgehog : no. 238-135. | February 7, 1996 |
| PA0000791227 | The adventures of Sonic the Hedgehog : no. 238-136, Robotnik's rival. | February 7, 1996 |
| PA0000659981 | Sonic the hedgehog 3 | June 22, 1994 |
| PA0000659929 | Sonic the hedgehog | March 7, 1994 |
| TXu000593150 | Sonic spinball. | November 3, 1993 |
| PA0000602981 | Sonic the hedgehog 2 | November 12, 1992 |

THIS COURT FURTHER FINDS that Defendant is liable for willful copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1. Defendant, its affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with Defendant be permanently enjoined and restrained from:

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sega Copyrighted Works in any manner without the express authorization of Sega;

   b. passing off, inducing, or enabling others to sell or pass off any product as Sega's product or any other product produced by Sega, that is not Sega's or not produced under the authorization, control or supervision of Sega and approved by Sega for sale under the Sega Copyrighted Works;

7

    c.   committing any acts calculated to cause consumers to believe that Defendant's products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega; and

    d.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear unauthorized copies of the Sega Copyrighted Works.

2. The parties have agreed to a damages amount to be paid by Defendant in order to settle all claims, as memorialized in the parties' settlement agreement (the "Damages Amount").

3. Walmart, Inc. ("Walmart") is ordered to transfer the Damages Amount from Defendant's account to Sega within seven (7) calendar days of receipt of this Order and the parties' settlement agreement.

4. Upon Walmart's transfer of the Damages Amount to Sega pursuant to Paragraph 3, Walmart shall remove any restraints that were placed on Defendant's e-commerce store and financial account pursuant to the Temporary Restraining Order [20].

5. Each party shall bear its own attorneys' fees and costs.

This is a Consent Judgment.

Dated: July 9, 2026

                            Manish S. Shah
                            United States District Judge