**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br><br>BENGRAC0, et al.,<br><br>Defendants. | Case No. 26-cv-06459<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## DECLARATION OF VICTOR B. CHAHIN

I, Victor B. Chahin, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiffs" or "Sega"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. I have reviewed the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"). According to Article 1 of the Hague Convention, "[t]his Convention shall not apply where the address of the person to be served with the document is not known."

3. I, or someone under my direction, investigated each of the addresses provided by the third-party providers in response to the Temporary Restraining Order [20], or if one was not provided, the address listed on the Defendant's storefront, and determined that there was no

identifiable business associated with the Defendants located at the addresses. Specifically, a search for each of the addresses identified for the Defendants was run through Google, Google Maps, and/or Baidu Maps[1]. Physical addresses to investigate were not found for Defendant Nos. 31, 33, and 73. Defendant Nos. 5, 6, 17, 36-37, 43, 46, 48-50, 54, 60, 70, 81-82, 84, and 87-89 have been dismissed from this case already. The investigation results for the remaining Defendants are below.

4. **bengrac0 (Def. No. 1)**: The provided address for Def. No. 1 is Cra. 2014, Bucaramanga 680004 Colombia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




[1] Baidu Maps searches were done for any Chinese addresses.

b. **Google Maps Search**




5. **chami-26 (Def. No. 2)**: The provided address for Def. No. 2 is 286/2/A, SEEDUWA 82852 Sri Lanka. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




6. **ACcosplay (Def. No. 3)**: The provided address for Def. No. 3 is Room 736, Building 39, No. 2888, Xinsiping Road, Fengxian District, Shanghai, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant, other than Defendant's own representation on its website.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




7. **fuzhoushiyushunjianzhugongchengyouxiangongsi (Def. No. 4)**: The provided address for Def. No. 4 is 临川区临川才都大道以西章营新村以东豪鼎盛世1#**楼**109**号** 抚州市 **江西省** 344100 CN, which translates to No. 109, Building 1, Haoding Shengshi, east of Zhangying New Village, west of Caidu Avenue, Linchuan District, Fuzhou City, Jiangxi Province, 344100, China. The searches did not include any results for this specific English address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




8. **jinjiangshipengxingsuliaozhipinyouxiangongsi (Def. No. 7)**: The provided address for Def. No. 7 is 安海镇可慕村西里南路40-1号 晋江市 泉州市 福建 362200 CN, which translates to No. 40-1, Nanlu, Xili, Kemu Village, Anhai Town, Jinjiang City, Quanzhou City, Fujian Province, 362200, China. The searches did not include any results for this specific English address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




9. **akeychain (Def. No. 8)**: The provided address for Def. No. 8 is Bai Yun Qu Jun He Jie, Guang Zhou Shi, Guangdong 510080 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**

Bai Yun Qu Jun He Jie, Guang Zhou Shi, Gua

AI Mode | All | Images | Maps | News | Forums | Videos | More | Tools

Wikipedia
https://en.wikipedia.org › wiki › Baiyun,_Guangzhou

Baiyun, Guangzhou



**Baiyun District** is one of 11 urban districts of the prefecture-level city of Guangzhou, the capital of Guangdong Province, China. The district is located in ... Read more
Missing: ~~Jie,~~ | Show results with: Jie,

Trip.com
https://www.trip.com › guangzhou-152-145222337

Baiyun District Junhe Historical and Cultural Street Area ...



May 7, 2026 — It is one of the more complete century-old market sites remaining in **Guangzhou** and was listed as a traditional village of **Guangzhou** in 2014. Read more
3.7 ★★★★☆ (34)
Missing: ~~Qu 510080~~

ALL.BIZ
https://17751-cn.all.biz › contacts

Contacts of company guang zhou shi tian nan pi ju chang in ...

Search +86 (20) 228-512-91 Menu. Address China, Guangdong, Guangzhou, 510000, **bai yun qu jun he** · +86 Display phones · bai yun qu jun he. Guangdong, ...

People also ask

b. **Google Maps Search**

Bai Yun Qu Jun He Jie, Guang Zhou :

Partial match

Bai Yun Qu ~~Jun He Jie~~ , Guang Zhou Shi, Guangdong 510080 China

510080
No reviews
Yuexiu District, Guangzhou
China
Bai Yun Qu · Guang Zhou Shi, Guangdong 510080 China

Don't see what you're looking for?
Try Google Search instead

Should this place be on Google Maps?
Add a missing place

You've reached the end of the list.



c. **Baidu Maps Search**




10. **animejoker (Def. No. 9)**: The provided address for Def. No. 9 is nakhla 1 nr 1396, kelaa des sraghna marrakech 43000 Morocco. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




11. **bostu-41 (Def. No. 10)**: The provided address for Def. No. 10 is jln dersono no 96, pacitan 63552 Indonesia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




12. **carpetrugsarea (Def. No. 11)**: The address provided for Def. No. 11 is DS.BENTENG 003/003, PURWAKARTA 41180, Indonesia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




13. **carpetrugsatelier (Def. No. 12)**: The provided address for Def. No. 12 is BAHCELIEVLER MAH.TEPEBAGLAR CAD. NO 51/11, Kayseri/Talas 38280 Turkey. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




14. **chai64 (Def. No. 13)**: The provided address for Def. No. 13 is 13/8 Chang Phueak, Chiang Mai 50300 Thailand. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




15. **decorationezone (Def. No. 14)**: The provided address for Def. No. 14 is DS.SUKERTA BARAT 005/009, KUNINGAN, 45562 Indonesia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




16. **diegocseg0 (Def. No. 15)**: The provided address for Def. No. 15 is CASA 55 B INDEPENDENCIA, CORRIENTES W3199 Argentina. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




17. **fanggeishop22 (Def. No. 16)**: The provided address for Def. No. 16 is jinshuiqu wenboxilu 25haoyuan 1haolou 919hao, zhengzhoushi, Henan 450000 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




18. **humphrey-us (Def. No. 18)**: The provided address for Def. No. 18 is wujiagangqutongqianglu6haogongqiangcun, yichangshi 443000 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




19. **irtin_63 (Def. No. 19)**: The provided address for Def. No. 19 is Calle 9 15-34 660001, Pereira 660003 Colombia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




20. **islaoislao (Def. No. 20)**: The provided address for Def. No. 20 is Derb El Wifak Nr 45, Settat 27001 Morocco. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




21. **joyatwall (Def. No. 21):** The provided address for Def. No. 21 is Room 023, 9/F, Block G, Kwai Shing Industrial Building (Stage 2), 42-46 Tai Lin Pai Road, Kwai Chung, N.T., HongKong. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




22. **juoenso0 (Def. No. 22):** The provided address for Def. No. 22 is 9982 Calle 2152 Usaquen, Bogota 110111, Colombia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**


9982 Calle 2152 Usaquen, Bogota 1101

Google
https://www.google.com › search · Translate this page

Calle near 110111, Bogota, Colombia - Google Maps

**Calle** near **110111**, **Bogota**, **Colombia**. Unfussy hotel featuring a convenience shop & a gym, as well as complimentary breakfast & Wi-Fi.
Missing: ~~9982 2152~~

Apple Maps
https://maps.apple.com › place

Usaquén in Bogotá, Bogotá, Colombia

View details about **Usaquén** in **Bogotá**, **Bogotá**, **Colombia** on Apple Maps. Address, driving directions, images, nearby attractions and more.
Missing: ~~9982 Calle 2152 110111,~~

People also ask

¿Qué zona de Bogotá es Usaquen?

codigo-postal.co
https://codigo-postal.co › usaquen · Translate this page

Usaquén ZIP Code, Bogotá DC

**Usaquén** belongs to **Bogotá** DC department ... can search by address. The ZIP Code **110111** is a postal

b. **Google Maps Search**



23. **lanbaoer005 (Def. No. 23):** The provided address for Def. No. 23 is Room 304, Building 3, Qimin World, No. 50 Dongyi R, Zi bo, Shandong 255000, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




24. **pangje00 (Def. No. 24):** The provided address for Def. No. 24 is huancuiquzhangcunzhenlushanlu48hao-2, weihaishi, Shandong 264203 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




25. **rocksnowcrafts (Def. No. 25):** The provided address for Def. No. 25 is 龙华新区民治街道, 深圳, 广东省, 518131 China, which translates to Minzhi Street, Longhua New District, Shenzhen, Guangdong Province, 518131 China. The searches did not include any results for this specific English address showing that it is affiliated with Defendant.

a. **Google Search**


Minzhi Street, Longhua New District, Sh

Apple Maps
https://maps.apple.com › place

Minzhi Residential District in Shenzhen, Guangdong China

View details about **Minzhi Residential District in Shenzhen, Guangdong China** on Apple Maps. Address, driving directions, images, nearby attractions and more.
Missing: ~~Street, Province, 518131~~

FEND Robots
https://fendrobots.com › contact

Contact

Address. Room 1006, 10th Floor, Minde Building, **No. 2 Minde Road, Minzhi Street, Longhua New District, Shenzhen, Guangdong Province, China**. P.C.: 518131. Read more

China Postal Tracking
https://www.chinapostaltracking.com › does-this-addres...

does this address make sense? - Q & A

Sep 19, 2019 — Yes, it's a right address. room 602, building 108, minle **1 district, minzhi Street, longhua District, Shenzhen, Guangdong Province. Guangdong** ...

华商律师事务所
https://www.huashanglawyer.com › longhuaen

China Commercial (Longhua) Law Firm

**Minzhi Street, Longhua District, Shenzhen, Guangdong Province** Tel: Tel 0755-21087124 Postal code: Postal code 518131

b. **Google Maps Search**



c. **Baidu Maps**




26. **sensationstore (Def. No. 26):** The provided address for Def. No. 26 is DS.CEMARA 001/007, INDRAMAYU 45253 Indonesia. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




27. **vicentyi (Def. No. 27):** The provided address for Def. No. 27 is shangshacunlongqiucun13xiang7hao401hao, Shenzhen 518000 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




28. **wefr_98 (Def. No. 28):** The provided address for Def. No. 28 is Calle Pellegrini 1734, Villa Maria X5900 Argentina. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**




29. **xilong9597 (Def. No. 29):** The provided address for Def. No. 29 is ba nan qu lu yun lu 418hao, chong qing, Chongqing 400000 China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**


ba nan qu lu yun lu 418hao, chong qin

Army War College Press
https://press.armywarcollege.edu › viewcontent PDF

The Chinese people's Liberation Army at 75 - USAWC Press

by L Burkitt · 2003 · Cited by 51 — **400,000** personnel.21. Background. According to the PLA's ... **Lu** and Yang are from the **China** Academy of. Engineering Physics, CAEP ... Read more

Missing: ~~chong~~ | Show results with: chong

ir-cloud.com
https://www.ir-cloud.com › taiwan › annual PDF

2014 Annual Report Final(E)_C6bB62b67jrm.pdf - ir-cloud.com

Sep 7, 2018 — ... **China** has shifted from raw material consumption to product consumption country. Although we are not the largest player in **China's** food and ... Read more

IEEE OUI
https://standards-oui.ieee.org › oui28 › mam

CSV - IEEE OUI

... **Chengfenghao** Electronics Co.;LTD.,"1-3F,101 Building,Unit A,No.2,Longhe industrial zone, Longgang town, Longgang district,Shenzhen, Guangdong, 518116, **China** ... Read more

Hugging Face
https://huggingface.co › sentence-transformers › commit

Untitled

... **china**", "robert", "space", "japan", "washington", "my", "remained", "brother", "federal", "rights", "civil",

b. **Google Maps Search**



c. **Baidu Maps Search**




30. **youcha_99 (Def. No. 30):** The address provided for Def. No. 30 is HAY BODHAR ATTAOUIA, ATTAOUIA EL KELAA DES SRAGHNA 43100 Morocco. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




31. **Neko In The Box (Def. No. 32):** The provided address for Def. No. 32 is 113 Claudia Court. Greater Sudbury, Ontario P3A4C1, Canada. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




32. **aoihaoohj (Def. No. 34):** The address provided for Def. No. 34 is Building B10-4-3, Block B14, Li'an Overseas Returnees Town, Lingzai Road, Li'an Town, Lingshui, Li Autonomous County, Hainan Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




33. **chonglangshopc (Def. No. 35):** The provided address for Def. No. 35 is Room 1105, Building 1, Xinhui Jewelry, No. 28-1, Donghu Avenue, Majiadian Street, Zhijiang City, Yichang City, Hubei Province, China.[2] The searches did not include any results for this specific address showing that it is affiliated with Defendant.

[2] Notably, this is the same address provided by Def. No. 76

a. **Google Search**

Google | Room 1105, Building 1, Xinhui Jewelry, No. 28-1, Donghu Avenue, Majiadia

AI Mode | All | Images | Maps | Shopping | Forums | Short videos | More | Tools

Your search - **Room 1105, Building 1, Xinhui Jewelry, No. 28-1, Donghu Avenue, Majiadian Street ...** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.



b. **Google Maps Search**

Room 1105, Building 1, Xinhui Jewelr

Partial match

~~Room 1105, Building 1, Xinhui Jewelry, No. 28-1, Donghu Avenue, Majiadian Street~~ , Zhijiang City, Yichang ~~City~~ , Hubei Province, China

**Zhijiang**
No reviews
Yichang, Hubei
China
Zhijiang City, Yichang · Hubei Province, China

Don't see what you're looking for?
Try Google Search instead

Should this place be on Google Maps?
Add a missing place

You've reached the end of the list.



c. **Baidu Maps Search**




34. **Family Arcade (Def. No. 38):** The provided address for Def. No. 38 is Room 403, Building 2, No. 283 Wangcheng Avenue, Chengjiao Street, Conghua District, Guangzhou City, Guangdong Province, China (Guangzhou Chuangsheng E-commerce Co., Ltd.). The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



Google | Room 403, Building 2, No. 283 Wangcheng Avenue, Chengjiao Street, Coı

Guangzhou Changsheng Garments Co., Ltd.
https://csg-fashion.en.made-in-china.com

Guangzhou Changsheng Garments Co., Ltd.: Jackets ...

**Guangzhou Changsheng Garments Co., Ltd.** Was established in 2009. As an manufacture and trading integrated company, we have been engaged in the garment industry ... Read more

Missing: ~~Room 403, 2, 283 Avenue, Chengjiao Conghua District, City, E- commerce~~

Freshdi
https://freshdi.com › supplier › Guangzhou-ChangSheng...

Guangzhou ChangSheng Enterprise Co., Ltd

We are toys manufacturer enterprise with designing, production and sale togethe since 2000, which owns excellent Design Team. Products export to Southern ... Read more

Missing: ~~Room Building 2, No. 283 Chengjiao Conghua District, City, Guangdong Province, E- commerce~~

TradeWheel
https://www.tradewheel.com › Suppliers

Changsheng (Guangzhou) Trading Co., Ltd.

Changsheng (Guangzhou) Trading Co., Ltd. **is a China-based supplier and exporter of silver jewelry**, 925 silver jewelry and related products.

Missing: ~~Room 403, Building 2, 283 Avenue, Chengjiao Conghua E- commerce~~

b. **Google Maps Search**




c. **Baidu Maps Search**




35. **GlowChrono (Def. No. 39):** The provided address for Def. No. 39 is Room 258, Baozuan Building No. 1 Zhangian Road, Changhuai Street, Yaohai District, Hefei City, Anhui Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




36. **Guangzhou Lianmiao Trading Co. Ltd (Def. No. 40):** The provided address for Def. No. 40 is Room 410, South Building, Tianhe Building, No. 133 Tiyu West Road, Tianhe South Street, Tianhe District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




37. **guangzhouyuanyingshangmaodian (Def. No. 41):** The provided address for Def. No. 41 is Shop 102, Building 5, No. 7, Liuyun 6th Street, Tianhe South Street, Tianhe District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




38. **LaBuBu520 (Def. No. 42):** The provided address for Def. No. 42 is Room 102, Meijing Garden, No. 330, Chebei Road, Chebei Street, Tainhe District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



### b. Google Maps Search




### c. Baidu Maps Search




39. **lvguiyongdedian (Def. No. 44):** The provided address for Def. No. 44 is Building 2, Jinyuan New City Community, No. 226 Fuxi Road, Yingchuan Street, Yuzhou City, Xuchang City, Henan Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




40. **ModaMood (Def. No. 45):** The provided address for Def. No. 45 is Room 105, Building 3, Xinhui Haoyuan, E District, No. 218, Haifeng Middle Street, Zhenhai Street, Licheng District, Putian City, Fujian Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




41. **QN5 (Def. No. 47):** The provided address for Def. No. 47 is Room 403, Building 1, Dahua Electric Power Communicty, No. 31, Dahua 1st Road, Huacheng Street, Huadu District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant, other than Defendant's representation on its own storefront.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




42. **TdeiSinew (Def. No. 51):** The address provided for Def. No. 51 is No. 1128, Weiliu Road, Linjiang Street, Qiantang District, Hangzhou City, Zhejiang Province, China (Building 3-540). The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




43. **TIANEWFREWdYU SHOP (Def. No. 52):** The address provided for Def. No. 52 is Guangzhou Jiale Apartment, No. 13, Jiyi Lane, Taiping Town, Conghua District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**


Guangzhou Jiale Apartment, No. 13, Ji

ZenHotels.com
https://www.zenhotels.com › ... › China › Guangzhou

Guangzhou Jiale Apartment

**1-6F, No.13 Jiyi Lane, Guangcongnan Road, Taiping Town, Guangzhou**. 40.3 km from the city center. 2.5 km from subway station Xinhe. Show on the map. Available ... Read more

Missing: ~~Conghua Guangdong~~

Trip.com
https://us.trip.com › guangzhou-hotel-detail-1740067

JiaLe hotel (Guangzhou) - 2026 Prices, Reviews & Deals

The hotel environment was spotless, and the room itself was spacious and comfortable. The bedding was soft, and the soundproofing was excellent. The front desk ... Read more

9.1/10 ★★★★★ (477)

Missing: ~~13, Jiyi Taiping Conghua~~

Apple Maps
https://maps.apple.com › place · Translate this page

Guangzhou Jiale Apartment

Guangzhou Jiale Apartment in Guangzhou, Guangdong China. Conghua, Guangzhou, Guangdong. Phone +86 188 2607 0889. Alley No.13, Conghua Guangzhou Guangdong China

Missing: ~~Jiyi Town, District, City, Province,~~

Expedia 智遊網
https://www.expedia.com.tw › ... › Guangzhou Hotels

b. **Google Maps Search**



c. **Baidu Maps Search**




44. **tuhfkugnfhx (Def. No. 53):** The address provided for Def. No. 53 is Room 201, Fengchao Express Locker (Mawu Lianhe East Street Store), No. 52, Lianhe East Street, Huangshi Subdistrict, Baiyun District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




45. **WuHanHuaYanHeDianZiShangWuYouXianGongSi (Def. No. 55):** The address provided for Def. No. 55 is Wuhan Zengzhiwen E-commerce Co., Ltd., No. 55, Minyi 4th Road, Liujiaoting Street, Qiaokou District, Wuhan City, Hubei Province, Mainland China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




46. **XIAOHUSHOP (Def. No. 56):** The address provided for Def. No. 56 is Room 701, Zhishifenzi Crayfish Restaurant, No. 34, Zhenlong 7th Lane, Changjiao Street, Conghua District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




47. **ZGABFTU SHOP (Def. No. 57):** The address provided for Def. No. 57 is Room 302, Ground Parking Lot, Hengfeng Garden, No. 1027 Zengcha Road, Songzhou Street, Baiyun District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




48. **ZHANCHEGH SHOP (Def. No. 58):** The address provided for Def. No. 58 is Room 315, 3rd Floor, Building 7, Xiangyuegan Rucheng Border Trade and Logistics Park Development Co., Ltd., Xingfu Road, Tuqiao Town, Rucheng County, Chenzhou City, Hunan Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




49. **ZXCVBNMA (Def. No. 59):** The address provided for Def. No. 59 is Dalian Riji Precision Mould Co., Ltd., No. 10-15-3, Northeast 7th Street, Xianjin Street, Jinzhou District, Dalian City, Liaoning Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**

Dalian Riji Precision Mould Co., Ltd., N

dlrichuan.com
https://en.dlrichuan.com

Dalian Richuan Precise Mould & DIE Products Co.,Ltd._Others

Located in the beautiful coastal city of Dalian, Dalian richuan precision mold parts Co., Ltd. **is a professional precision mold parts manufacturing company**. Read more

Missing: ~~Rijia 10-15-3, Northeast 7th Xianjin Jinzhou Liaoning~~

Made-in-China.com
https://www.made-in-china.com › showroom › dlrichuan

Dalian Richuan Precise Moulds & Dies Co., Ltd.

Dalian Richuan Precise Mould Products Co., Ltd. **is a professional precision mold products manufacturer**. We maily focus on custom-made precision moulds and dies ...

Missing: ~~Rijia 10-15-3, Northeast 7th Xianjin Jinzhou City,~~

IMTS 2026
https://directory.imts.com › exhibitor › DALIAN-RICH...

DALIAN RICHUAN PRECISE MOULD PRODUCTS CO.,LTD

Gushan **Street** Liaoning **Dalian** Economic and Technological Development **Zone No.**49-1. **Dalian, Liaoning Province** 116600. **China**. en.dlrichuan.com; +86-15940907613; + ... Read more

Missing: ~~Rijia 10-15-3, Northeast 7th Xianjin Jinzhou City,~~

rijinprecise.com
https://www.rijinprecise.com › index_en

Rijin Moulding

b. **Google Maps Search**



c. **Baidu Maps Search**




50. **PRIME SHOPPING KART (Def. No. 61):** The address provided for Def. No. 61 is B-13, HIRAKUNJFLAT, NR, GHATLODIA WATER TANK, Ahmedabad, GJ 380061, IN. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




51. **Radiant ribbon09 (Def. No. 62):** The address provided for Def. No. 62 is No. 7, Lane 4, West Area 6, Gongqiao, Ziashan Subdistrict, Chaonan District, Shantou City shantaou, GD 515000, CN. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




52. **TomHome (Def. No. 63):** The provided address for Def No. 63 is No.3407, Building 42, Dafu Villa, No.1299 Jinggang Road, Shushan Industrial Park, Shushan District hefei, AH 230000, CN. The searches did not include any results, other than Defendant's own representation on their storefront, for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




53. **Xingwang Queen (Def. No. 64):** The address provided for Def. No. 64 is choujiangjiedao yunxiaoqu 20zhuang1danryan2103shi jinhuashi yiwushi, ZJ 322000, CN. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




54. **Red Heart Print (Def. No. 65):** The address provided for Def. No. 65 is 17 Trinity Centre, Park Farm Industrial Estate, Wellingborough, Northamptonshire, NN8 6ZB, GB. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**




55. **e-flecto (Def. No. 66):** The address provided for Def. No. 66 is House 2-A-2/23, Nazimabad, Karachi 74600 Pakistan. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**


House 2-A-2/23, Nazimabad, Karachi

International Accord
https://internationalaccord.org › uploads › 2025/09 PDF

Pakistan April 2025

The International Accord has provided the information on this signatory supplier list for **Pakistan** as of1 June 2025 "as is" without any representations or ... Read more
13 pages

Scribd
https://www.scribd.com › doc › All-Account-List

Customer Account List Overview | PDF | Sports

This document contains a list of account IDs and account titles. There are over 200 accounts listed with their corresponding 10-digit account ID numbers and ... Read more

Usman Public School System
https://usman.edu.pk › activity_based_learning

Activity Based Learning

LOCATION B 232, Block N North **Nazimabad** Town, **Karachi, Karachi** City, Sindh **74600, Pakistan** 021 - 36627126 info@usman.edu.pk

British Journal of Medical Practitioners
https://www.bjmp.org › category › content › research-art...

Research Article | BJMP.org

by MA Daabiss · Cited by 14 — Associate Professor & Chairperson, Department of Microbiology, Jinnah University for Women, **Nazimabad, Karachi-74600, Pakistan** Email: Shaz2971@ ...

b. **Google Maps Search**



56. **msali-24 (Def. No. 67):** The provided address for Def. No. 67 is 3015/15 gikuwasuhanijase, galgamuwa 60700 Sri Lanka. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



57. **navgor8 (Def. No. 68):** The address provided for Def. No. 68 is 1584 Eldar Babayev 1005, Baku 1005 Azerbaijan. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



58. **ARTVINATEE (Def. No. 69):** The addresses provided for Def. No. 69 are:

- 394 Fee Fee Rd, Maryland Heights, MO 63043;
- So 8 Ngo 155/37/19 Duong Cau Giay Phuong Quan Hoa, Quận Cầu Giấy, Hà Nội, 11300, VN; and
- House No. 8, Alley 155/37/19, Cau Glay Street, Hanoi City, Vietnam[3]

The searches did not include any results for these specific addresses showing they are affiliated with Defendant.

a. **Google Searches**




[3] Sega's investigators' pre-filing investigation resulted in a good-faith belief the Defendant is based in Vietnam, and the Missouri address has no connection to Defendant. Third party production received from PayPal confirms that Defendant is based in Vietnam.

So 8 Ngo 155/37/19 Duong Cau Giay Phuong

Images



Ch thuê CHDV tại Số 8 ngách ...
Tổng đài Nhà đất Việt Na...



Ch thuê CHDV tại Số 8 ngách ...
Tổng đài Nhà đất Việt Na...



Ch thuê CHDV tại Số 8 ngách ...
Tổng đài Nhà đất Việt Na...

Show more images

*In order to show you the most relevant results, we have omitted some entries very similar to the 1 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Results are not personalized

Google

• House No. 8, Alley 155/37/19, Cau Glay Street, Hanoi City, Vietnam

AI Mode | All | Maps | Images | Forums | Shopping | Short videos | More | Tools

These are results for • House No. 8, Alley 155/37/19, Cau ***Giay*** Street, Hanoi City, Vietnam
Search instead for • House No. 8, Alley 155/37/19, Cau Glay Street, Hanoi City, Vietnam

Images



Cau Giay: lifestyle, prop...
Vietnam-Real.Estate



Property for sale in Cau...
Vietnam-Real.Estate




Coco Hotel Cau Giay, H...
www.booking.com

Show more images




Vietnam home
4.8 ★★★★★ 43 Google reviews
Real estate rental agency in Hanoi, Vietnam

Website | Directions | Write a review | Save | Share | Call

**Address:** 8 P. Quảng Khánh, Tây Hồ, Hà Nội 100000, Vietnam
**Phone:** +84 988 624 387
**Hours:** Closed · Opens 8 AM
Ghost Festival might affect these hours
**Province:** Ha Noi

Suggest an edit · Own this business?

**Appointments:** hanoiviet Providers
namhome.com

Reviews
Write a review | Add photos

## b. Google Maps Searches









59. **Imakeitforyou (Def. No. 71):** The addresses provided for Def. No. 71 are:

- 712 Wilcrest Drive, Houston, TX 77042, USA; and
- Phong An, Phong Thái, Thừa Thiên–Huế, 530000, VN[4]

The searches did not include any results for these specific addresses showing that they are affiliated with Defendant.

a. **Google Search**


712 Wilcrest Drive, Houston, TX 77042,

Print Pack Postal
https://www.printpackpostal.com
Print Pack Postal: Packing, Shipping, Mailing | Houston, TX
Print Pack Postal located at **712 Wilcrest Dr, Houston TX** is the go-to resource for packing, shipping, printing and business service needs of the residents and ...

Contact Us
Address:712 Wilcrest Dr ; Houston, TX 77042-1348 ; Email:info ...

Store Hours
Wish Local. Print Pack Postal. 712 Wilcrest Dr. Houston, TX 77042 ...

More results from printpackpostal.com »

FedEx
https://local.fedex.com › en-us › tx › houston
Print Pack Postal at Houston, TX - 712 Wilcrest Dr 77042
Print Pack Postal, a FedEx Authorized ShipCenter, at **712 Wilcrest Dr** ... **77042 US** phone (800) 463-3339

MapQuest
https://www.mapquest.com › ... › Houston › 77042
Print Pack Postal, 712 Wilcrest Dr, Houston, TX 77042, US
**Print Pack Postal, located in Houston, TX,** provides a range of services including shipping through major

[4] Sega's investigators' pre-filing investigation resulted in a good-faith belief the Defendant is based in Vietnam, and the Texas address has no connection to Defendant. Third party production received from PayPal confirmed that Defendant is based in Vietnam.




b. **Google Maps Search**






60. **KidsLovesToys (Def. No. 72):** The addresses provided for Def. No. 72 are:

- Camp San Gabriel, Mintal, Davao, NA, 8000 PH; and
- 27-10, Street 1, Carmenville Subdivision, Angeles, PAMPANGA, 2009, PH.

The searches did not include any results for these specific addresses showing that they are affiliated with Defendant.

a. **Google Search**






## b. Google Maps Search






61. **Teejeep (Def. No. 74):** The addresses provided for Def. No. 74 are:

- 10685-B Hazelhurst Dr., 31433 Houston, TX 77043 USA;
- Thon My Hoa, Dak Mil, Đắk Nông, 640000, VN; and
- 38 Vo Thuc Dong, Vinh city, Nghe An, Viet Nam.[5]

The searches did not include any results for these specific addresses showing that they are affiliated with Defendant.

a. **Google Search**




[5] Sega's investigators' pre-filing investigation resulted in a good-faith belief the Defendant is based in Vietnam, and the Missouri address has no connection to Defendant. Third party production received from PayPal confirms that Defendant is based in Vietnam.

Thon My Hoa, Dak Mil, Đắk Nông, 640000,

Guland
https://guland.vn › duong-thon-m... · Translate this page
Đường Thôn Mỹ Hòa - Xã Đức Minh, Huyện Đắk Mil ...
**Thôn Mỹ Hòa - Xã Đức Minh, Huyện Đắk Mil, Đắk Nông**, Đắk Mil Đắk Nông đến 2040 Tra cứu bảng. Email: bdsguland@gmail.com - Hotline CSKH: 098.328.4379 Guland.vn
Missing: ~~640000,~~ | Show results with: 640000,

Phaata
https://phaata.com › zip-code › ma-... · Translate this page
Mã ZIP Đắk Nông là gì? Danh bạ mã bưu điện ...
Feb 27, 2022 — Mã ZIP code **Đắk Nông** là **640000**. Dưới đây là danh bạ mã bưu chính của tất cả

Wikipedia
https://vi.wikipedia.org › wiki › Đ... · Translate this page
Đắk Mil (xã)
**Đắk Mil** là một xã thuộc tỉnh Lâm Đồng, Việt Nam. 213,76 km2 Dân số (31/12/2024) Tổng cộng 31.579 người Mật độ 147 người/km2 Khác Website **dakmil**.lamdong.gov.**vn** ...
Missing: ~~My Hoa, 640000,~~

Guland.vn
https://guland.vn › mua-ban-bat-d... · Translate this page
Mua bán nhà đất bất động sản Đường Thôn Mỹ Hòa
Vị trí: Mặt tiền đường Quốc lộ 14, giao thông thuận tiện, dễ kinh doanh buôn bán. Khu dân cư hiện hữu, gần chợ, trường học, UBND xã. Đất bằng phẳng, xe ô tô ... Read more
Missing: ~~640000,~~ | Show results with: 640000,

Facebook · Shop Hoa Tươi Đắk Mil Đắk Nông

38 Vo Thuc Dong, Vinh city, Nghe An, V

Wikipedia
https://vi.wikipedia.org › wiki › V... · Translate this page
Võ Thúc Đồng – Wikipedia tiếng Việt
**Võ Thúc Đồng** (1914 - 2007) là một nhà cách mạng, chính khách **Việt Nam**, Ủy viên Ban Chấp hành Trung ương Đảng khóa III, IV, Đại biểu Quốc hội khóa V, ... Read more
Missing: ~~38 city,~~

Wise
https://wise.com › swift-codes › BFTVVNVXXXX
BFTVVNVXXXX BIC / SWIFT Code - JOINT STOCK ...
SWIFT code details ; Branch name. JOINT STOCK COMMERCIAL BANK FOR FOREIGN TRADE OF **VIETNAM** ; Branch address. VIETCOMBANK TOWER ; Branch code. XXX ; Bank name. JOINT ... Read...

Facebook
https://www.facebook.com › groups › posts
BÁN NHÀ 2 TẦNG – KHỐI 11, PHƯỜNG BẾN THUỶ – TP ...
Jun 24, 2025 — BÁN NHÀ 2 TẦNG – KHỐI 11, PHƯỜNG BẾN THUỶ – TP **VINH** Vị trí đẹp: • Gần Đại học **Vinh** • Ngõ đường **Võ Thúc Đồng** • Gần chợ, gần trường học, ...

Facebook · Truyền hình Nghệ An
790+ reactions · 4 months ago
Tập trung triển khai các khu tái định cư cho Dự án Đường bộ ...
Tập trung triển khai các khu tái định cư cho Dự án Đường bộ cao tốc **Vinh** –

b. **Google Maps Search**









62. **Trendapack (Def. No. 75):** The address provided for Def. No. 75 is Block 5, Nan Fung Industrial City, 18 Tin Hau Road, Tuen Mun, NT Hong Kong. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**



63. **aoiuhauihaohg (Def. No. 76):** The address provided for Def. No. 76 is Room 1105, Building 1, Xinhui Jewelry, No. 28-1, Donghu Avenue, Majiadian Street, Zhijiang City, Yichang City, Hubei Province, China.[6]

a. **Google Search**




[6] Notably, this is the same address provided by Def. No. 35.

b. **Google Maps Search**




c. **Baidu Maps Search**




64. **Ceng Qiusuo (Def. No. 77):** The address provided for Def. No. 77 is Guangzhou Zhongjian Investment Co., Ltd., No. 4, Huangwu Street, Xiancun Town, Zengcheng District, Guangzhou City, Guangdong Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**

Google | Guangzhou Zhongjian Investment Co., Ltd., No. 4, Huangwu Street, Xianc

LinkedIn · Zhong Jian Investments
140+ followers

Zhong Jian Investments

**Zhong Jian Investments** is a privately held company focused on creating long-term value through strategic investments and operational excellence. Read more

Missing: ~~Guangzhou Huangwu Street, Xiancun Town, Zengcheng District, City, Guangdong~~

zjimining.com
https://www.zjimining.com › ...

Zhong Jian Investments (private) Limited-MARKET

**Zhong Jian Investments (private) Limited** was established on April 5, 2018. Its business scope includes mineral mining mineral product processing,mineral an ...

zjimining.com
http://zjimining.com › productinfo

PRODUCT NAME-Zhong Jian Investments (private) Limited

**Zhong Jian Investments (private) Limited** was established on April 5, 2018. includes mineral mining mineral product. Phone: +263 242883223 E-mail: zhongjianzim@ ...

黑龙江省人民政府
https://sswt.hlj.gov.cn › sswt › files PDF

b. **Google Maps Search**

Guangzhou Zhongjian Investment C

**Partial matches**

Guangzhou Zhongjian ~~Investment Co., Ltd., No. 4~~ , Huangwu Street, Xiancun Town, Zengcheng District, Guangzhou ~~City~~ , Guangdong Province, China

**Xiancunzhen**
No reviews
Zengcheng District, Guangzhou, Guangdong Province
China
511335
Guangzhou · Xiancun Town, Zengcheng District, Guangzhou

**Zhong Jian Xiang**
No reviews
Zeng Cheng Qu, Guang Zhou Shi, Guang Dong Sheng
China
511300
Guangzhou Zhongjian · Zengcheng District, Guangzhou



c. **Baidu Maps Search**




65. **cluodpn (Def. No. 78):** The address provided for Def. No. 78 is Group 13, Xinghua Community, Xinghua Road, Taohong Town, Longhui County, Shaoyang City, Hunan Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




66. **DHS8w483j6p7P6db (Def. No. 79):** The provided address for Def. No. 79 is No. 30, 1st Floor, Building 3, Maotai Sauce Flavor Shared by Ten Thousand Families (Hefei Road Store), No. 6 Jinyang South Road, Shijicheng Street, Guanshanhu District, Guiyang City, Guizhou Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




67. **fengshangmao (Def. No. 80):** The address provided for Def. No. 81 is Room C487, Building 2, No. 1, Changlin Road, Shayang Town, Shayang County, Jingmen City, Hubei Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




68. **linannannvzhuang (Def. No. 83):** The address provided for Def. No. 83 is Room 405, Dongguan Humen Zhongyukang General Specialist Clinic, No. 49, Shahe Road, Humen Town, Dongguan City, Guangdong Province, Mainland China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**

Room 405, Dongguan Humen Zhongyu

IN.gov
https://www.in.gov › OfficialRestrictedSecuritiesList XLS

Resetricted SEDOLs - IN.gov

**China General** Technology (Group) Holding Co., Ltd. 2140, BMGBCT3, Wuhan Iron ... **Guangdong Provincial Highway** Construction Co., Ltd. 3069, B4MSTH9, Uroica ... Read more

Scribd
https://www.scribd.com › document › Electronic-Comp...

Electronic Components-EDM PDF | PDF | Printed Circuit Board

by product category. Advertiser Index. Comprehensive search. Li-polymer batteries. **China** Watch. Product Listing. HDMI connectors. Heat shrinkable power cable ... Read more

Scribd
https://it.scribd.com › doc

15 | PDF | Technology & Engineering - Scribd

... **ROAD**,TST, KOWLOON,HONGKONG HongKong Machinery 17476 APOLLO PHOTOFINISHING (PVT) LTD. ap_photo@[Link] 0094312238561 0094312233505 **NO**. 38, B" BLOCK,SHOPPING ... Read more

Results are not personalized

b. **Google Maps Search**

Room 405, Dongguan Humen Zhong

Partial matches

~~Room 405~~ , Dongguan Humen ~~Zhongyukang General Specialist Clinic, No. 49~~ , Shahe Road, Humen Town, Dongguan ~~City~~ , Guangdong Province, ~~Mainland~~ China

Hu Men Da Dao
No reviews
Dong Guan Shi, Guang Dong Sheng
China
523900
Dongguan Humen · Humen Town, Dongguan

Sha He Lu
No reviews
Dong Guan Shi, Guang Dong Sheng
China
Dongguan · Shahe Road, Humen Town, Dongguan

Don't see what you're looking for?
Try Google Search instead



c. **Baidu Maps Search**




69. **vnbjfhdrgf (Def. No. 85):** The address provided for Def. No. 85 is No. 501, Building G16, Zone G, Taipei Street, Qunying Subdistrict, Kuancheng District, Changchun City, Jilin Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**



b. **Google Maps Search**




c. **Baidu Maps Search**




70. **zander (Def. No. 86):** The address provided for Def. No. 86 is No. 08, Group 9, Paotan Village, Chengyang Town, Chenxi County, Huaihua City, Hunan Province, China. The searches did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search**




b. **Google Maps Search**



c. **Baidu Maps Search**




I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026, in Chicago, Illinois.

/s/ *Victor B. Chahin*
Victor B. Chahin