**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BENGRAC0, et al.,<br><br>Defendants. | Case No. 26-cv-06459<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**DECLARATION OF VICTOR B. CHAHIN**

I, Victor B. Chahin, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiff" or "Sega"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On August 31, 2026 this Court entered an Electronic Service Order [52] ("Order") permitting Sega to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, the Court's Order authorizing electronic service of process [52] ("E-service Order"), and other relevant documents on a website, and by sending an email with a link to said website to an e-mail address for Defendants.

3. I hereby certify that on September 9, 2026, I electronically published the Complaint, E-service Order, Summons, Preliminary Injunction, and other relevant documents on a website.

4. I hereby certify that on September 9, 2026, I sent an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026, in Chicago, Illinois.

/s/ *Victor B. Chahin*
Victor B. Chahin