# EXHIBIT A

| No. | Seller Alias | E-Mail |
|---|---|---|
| 1 | bengrac0 | lindadr6ndutton@outlook.es |
| 2 | chami-26 | chamikad884@gmail.com |
| 3 | ACcosplay | yufancoscorp@outlook.com |
| 4 | fuzhoushiyushunjianzhugongchengyouxiangongsi | fuzhoushiyushun@outlook.com |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | jinjiangshipengxingsuliaozhipinyouxiangongsi | xu98xminhai@outlook.com |
| 8 | akeychain | 1504716050@qq.com |
| 9 | animejoker | noureddinezitouni95@gmail.com |
| 10 | bostu-41 | bstunder04@gmail.com |
| 11 | carpetrugsarea | zaskiaindarti@gmail.com |
| 12 | carpetrugsatelier | melike8807@gmail.com |
| 13 | chai64 | chaichanawaharak@gmail.com |
| 14 | decorationezone | irmakinantixnx@gmail.com |
| 15 | diegocseg0 | kortrcarlt937@gmail.com |
| 16 | fangfeishop22 | fangfeishop@126.com |
| 17 | DISMISSED | DISMISSED |
| 18 | humphery-us | ycds-eby2024usp@outlook.com |
| 19 | irtin_63 | tinchenirene590@gmail.com |
| 20 | islaoislao | aism91611@gmail.com |
| 21 | joyatwall | support@joyatwall.com |
| 22 | juoenso0 | juoniahbenson151@gmail.com |
| 23 | lanbaoer005 | 1439684045@qq.com |
| 24 | pangje00 | weeyrngben@163.com |
| 25 | rocksnowcrafts | 730308556@qq.com |
| 26 | sensationstore | harisindrawan.id@gmail.com |
| 27 | vicentyi | cweisen8@163.com |
| 28 | wefr_98 | wendyfrost@west4music.com |
| 29 | xilong9597 | axmnlxxw@outlook.com |
| 30 | youcha_99 | nmn.chkr@gmail.com |
| 31 | 4kigu.com | kigu4@outlook.com |
| 32 | Neko In The Box | info@nekointhebox.com |
| 33 | Sportz Design | sales@sportzdesign.com.au,sportzdesign@outlook.com |
| 34 | aoihaoohj | x6223418tuoli@163.com |
| 35 | chonglangshopc | Latcha4091@outlook.com |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | Family Arcade | 954345415@gmail.com |
| 39 | GlowChrono | ChristopherForet8436@hotmail.com |

| | | |
|---|---|---|
| 40 | Guangzhou Lianmiao Trading Co. Ltd | njduqqwswds@outlook.com |
| 41 | DISMISSED | DISMISSED |
| 42 | LaBuBu520 | jipu2025@163.com |
| 43 | DISMISSED | DISMISSED |
| 44 | lvguiyongdedian | masseur-swat.8t@icloud.com |
| 45 | ModaMood | zhiweizheng789@163.com |
| 46 | DISMISSED | DISMISSED |
| 47 | QN5 | pike1579@outlook.com |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | TdeiSinew | vyuzyjkbd9331@hotmail.com |
| 52 | TIANEWFREWdYU SHOP | donalds22@outlook.com |
| 53 | tuhfkugnfhx | eirojsbtzm760@hotmail.com |
| 54 | DISMISSED | DISMISSED |
| 55 | WuHanHuaYanHeDianZiShangWuYouXianGongSi | yifeizhongcan8@163.com |
| 56 | XIAOHUSHOP | HNXCMLX@outlook.com |
| 57 | ZGABFTU SHOP | zavi392@outlook.com |
| 58 | ZHANCHEGH SHOP | shdwefdw@outlook.com |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | PRIME SHOPPING KART | jyotipatel21561@gmail.com |
| 62 | Radiant ribbon09 | cycwem3330@163.com |
| 63 | TomHome | amz2020gan@163.com |
| 64 | Xingwang Queen | 308029037@qq.com |
| 65 | Red Heart Print | info@purpleheartprint.com |
| 66 | e-flecto | syederamshahashir@gmail.com |
| 67 | msali-24 | msalisn870@gmail.com |
| 68 | navgor8 | naveengorsage@gmail.com |
| 69 | ARTVINATEE | vinaplex.ltd@gmail.com |
| 70 | DISMISSED | DISMISSED |
| 71 | Imakeitforyou | support@imakeitforyou.com; lmson1989@gmail.com |
| 72 | KidLovesToys | junryanayag@gmail.com |
| 73 | ledxmaslane | orders@ledxmaslane.com; sales@ledxmaslane.com |
| 74 | Teejeep | directortshirt@gmail.com |
| 75 | Trendapack | service@trendapack.com |
| 76 | aoiuhauihaohg | kqj_boy@sina.com |
| 77 | DISMISSED | DISMISSED |
| 78 | cluodpn | cluodpn8078@hotmail.com |

| | | |
|---|---|---|
| 79 | DHS8w483j6p7P6db | DHS75211@163.com |
| 80 | fengshangmao | huahuaxiangbao@outlook.com |
| 81 | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED |
| 83 | linannannvzhuang | xinggang65428@163.com |
| 84 | DISMISSED | DISMISSED |
| 85 | vnbjfhdrgf | pnjkcvhub233@hotmail.com |
| 86 | zander | Chengchangshu@163.com |
| 87 | DISMISSED | DISMISSED |
| 88 | DISMISSED | DISMISSED |
| 89 | DISMISSED | DISMISSED |